# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | |
|---|---|
| Ronald Peden, pro se <br> *Plaintiff* <br><br> -v- <br><br> Democratic National Committee, and <br> Tom Perez, Chairman, and (see attached) <br> *Defendant(s)* | Case No. _____ <br><br> Jury Trial: ☒ Yes ☐ No |

*FILED IN CLERK'S OFFICE — 2021 MAR -3 PM 3: 59 — U.S. DISTRICT COURT DISTRICT OF MASS.*

## COMPLAINT

March 1, 2021

*/s/ Ronald Peden*

Ronald Peden

25 Aberdeen Ave., #3

Cambridge, Middlesex County

MA 02138

(617) 497-9082

ronpeden@gmail.com

SUMMARY

1. This is an anti-trust case arising from Tom Perez and the Democratic National Committee ("DNC") in combination with the various named national media ("media defendants") illegally conspiring to collectively restrict and monopolize the national markets of news and information to the detriment of the voting American public, pursuant to their own personal and corporate pecuniary and political interests.

JURISDICTION and VENUE

2. This court holds jurisdiction pursuant to claims brought under the federal Anti-trust laws 26 Stat. 209, 15 U.S.C.A. Sections 1 and 2, and 38 Stat. 730 (Pub. Law 63-212) Sections 15 and 16. All defendants are national or multinational private corporate interests engaged, along with their owners, directors, executive managers and employees, in the production, marketing and distribution of news and information to the public through affiliates, subsidiaries or agencies residing within the Eastern District of Massachusetts.

NATURE OF THE COMPLAINT

3. Plaintiff asserts that in June 2019 defendants, upon receiving notification and then reviewing the announcement of plaintiff's intentions to compete in the Democratic party's primary election for the presidency of the United States, at his website, peden2020.com, conspired to restrict the circulation of his announcement within and among the various states, and thereby monopolize the market of political viewpoints contrary to the rights and interests of the American public to be fully informed of all available perspectives in making their voting decisions.

4. In collectively concluding plaintiff's platform should not be widely seen, heard or considered by the voting public, the DNC and named media defendants illegally combined and

conspired to restrict the scope of the national political discourse, in violation of federal anti-trust prohibitions against conspiracies to restrict the free flow of news and views within and among the various states. *Associated Press v. United States*, 326 U.S. 1, 7 (1945).

### A. Anti-trust

5. In refusing to acknowledge plaintiff's campaign in any material way or to inform the voting public of his desire to be considered as a candidate for the 2020 Democratic nomination for President, defendants subordinated the public's rights to be fully informed to their own malicious personal interests and pecuniary priorities, undermining a core American value of free and fair elections. Defendants thereby combined to conspire and restrain the trade and commerce in political news and views among the states, in violation of Section 1 of the *Sherman Anti-Trust Act, 26 Stat. 209, 15 U.S.C.A,* which prohibits such restrictions as unlawful felony offenses punishable with criminal incarceration, civil penalties, or both.

6. Plaintiff alleges the illegal market restriction against his candidacy was not pursuant to lawful parallel interests, but was instead an unlawful conspiracy orchestrated by defendant DNC chairman Tom Perez's desire to unduly assist the campaign of the eventual party nominee, who's prospects rested significantly on the support of Black Americans, the success of which could potentially have been greatly jeopardized by the appeal of plaintiff's campaign platform to Black voters. The conspiracy was accomplished in combination with the named media defendants, including PBS Newshour and its anchor & Managing Editor, Judy Woodruff, maliciously endeavoring to vindicate the professional character of long-time political analyst, defendant Mark Shields, who they believed to have been unfairly besmirched in plaintiff's campaign announcement.

7. Through this egregious combination and conspiracy, deliberately and maliciously conducted to mute and obscure plaintiff's candidacy, in violation of his constitutional rights of free

speech, and to restrict dissemination of his political platform among the states, defendants thereby monopolized the market of news and information to the detriment of American voters, in blatant violation of the explicit prohibitions of Section 2 of the *Sherman Anti-Trust Act,* which makes monopolization of the trade and commerce of news and views among the several states illegal, *AP v. US*, 326 U.S. 1, 7 (1945) as punishable felony offenses. *26 Stat. 209, 15 U.S.C.A,*

## REQUESTED RELIEF

### A Jury Trial Of Defendants Pursuant To The Leveling Of Maximum Criminal And Civil Penalties

8. Public confidence in the elections process and in the judiciary to vindicate that confidence is of paramount importance to the belief in America as the greatest country in the world. There can be no greater anti-trust violation than that of violating the trust and faith of the American people in the integrity and stability of the principled pillars of our democracy, including free and fair elections and the right of peaceful dissent.

9. Americans have a right to believe free and fair elections exist not just in words in this country but in fact, and unduly advantaging a particular candidate or platform or restricting circulation of uncomfortable dissent is considered an egregious crime against the American public, particularly as carried out via the blatant infringement of rights, liberties and privileges guaranteed under the U.S. Constitution and in clear violation of federal law against conspiracies and monopolies, and will not be tolerated.

10. Conversely, allowing defendants to escape accountability for their hubris would, in fact, encourage even more widespread manipulation of elections through the message that courts charged with enforcing respect for our laws do not regard with seriousness the overt subordination of our government's founding principles to arbitrary personal whims or pecuniary corporate interests and, as a

practical matter, circumscribing the public's exclusive interest in determining election outcomes is inconsequential when carried out by domestic actors.

11. Plaintiff therefore prays the court not allow arrogant, selfishness private political operatives or multinational media moguls and conglomerates to evade accountability and scoff at America's founding principles, making a mockery of our claimed outrage over foreign interference in the nation's elections, an hypocrisy the entire world will be quick to note. Paying the harshest penalties called for under anti-trust law shows no lesser standard of tolerance exists for domestic manipulation of elections, or for the wanton disregard for constitutionally protected rights of all Americans to participate in elections on an equal, unrestricted basis.

Date: March 2, 2021

Signature: *Ronald Peden*

Name: Ronald Peden

Address: 25 Aberdeen Ave. #3

Cambridge, MA 02138

Phone/email: 617-497-9082 / ronpeden@gmail.com

**ATTACHMENT 1.**

DEFENDANTS

1. Democratic National Committee ("DNC")
   430 South Capitol Street, Southeast
   Washington, DC 20003
   (202) 863-8000

2. Tom Perez
   Chairman, DNC
   430 South Capitol Street, Southeast
   Washington, DC 20003
   (202) 863-8000

3. Seema Nanda
   fmr CEO, DNC
   430 South Capitol Street, Southeast
   Washington, DC 20003
   (202) 863-8000

4. Public Broadcasting Service ("PBS")
   2100 Crystal Drive
   Arlington, VA 22202
   (703) 739-5000

5. Paula Kerger
   President & CEO, PBS
   2100 Crystal Drive
   Arlington, VA 22202
   (703) 739-5000

6. Judy Woodruff
   Anchor & Managing Editor, PBS Newshour
   3939 Campbell Avenue
   Arlington, VA 22206
   (703) 998-2600

7. Mark Shields,
   political analyst, the PBS Newshour
   3939 Campbell Avenue
   Arlington, VA 22206
   (703) 998-2600

8. WETA Television
   producer, PBS Newshour
   3939 Campbell Avenue
   Arlington, VA 22206
   (703) 998-2600

COMPLAINT                                    8

9. Sara Just
   Executive producer, PBS Newshour
   3939 Campbell Avenue
   Arlington, VA 22206
   (703) 998-2600

10. Dana Roberson
    Executive producer, PBS Newshour
    3939 Campbell Avenue
    Arlington, VA 22206
    (703) 998-2600

---

11. Comcast Corporation
    parent of NBCUniversal
    One Comcast Center
    1701 John F. Kennedy Blvd
    Philadelphia, Pennsylvania 19103-2838
    215-286-1700
    Incorporation: PA

12. Brian L. Roberts
    Chairman & CEO of Comcast
    One Comcast Center
    1701 John F. Kennedy Blvd
    Philadelphia, Pennsylvania 19103-2838
    215-286-1700

13. NBCUniversal Media
    30 Rockefeller Plz, Ste 2
    New York, NY 10112-0002
    212-664-4444

14. Steve Burke
    Chairman, NBCUniversal Media
    30 Rockefeller Plz, Ste 2
    New York, NY 10112-0002
    212-664-4444

15. Jeff Shell
    CEO, NBCUniversal
    30 Rockefeller Plz, Ste 2
    New York, NY 10112-0002
    212-664-4444

16. Mark Lazarus
    chairman, NBCUniversal Broadcast, Entertainment & Lifestyle, Sports and News
    30 Rockefeller Plz, Ste 2
    New York, NY 10112-0002
    212-664-4444

17. Cesar Conde
    Chairman, NBCUniversal News Group
    30 Rockefeller Plz, Ste 2
    New York, NY 10112-0002
    212-664-4444

18. Noah Oppenheim
    President of NBC News
    30 Rockefeller Plz, Ste 2
    New York, NY 10112-0002
    212-664-4444

19. Andrew Lack
    Chairman, NBCUniversal News Group
    30 Rockefeller Plz, Ste 2
    New York, NY 10112-0002
    212-664-4444

20. Jennifer Suozzo
    Executive producer, NBC Nightly News
    30 Rockefeller Plz Ste 2
    New York, NY 10112-0002
    212-664-4444

21. Matt Frucci
    Executive producer, NBC Nightly News
    30 Rockefeller Plz Ste 2
    New York, NY 10112
    212-664-4444

22. John Reiss
    Executive producer, Meet the Press
    30 Rockefeller Plz Ste 2
    New York, NY 10112
    212-664-4444

23. Charles David (Chuck) Todd
    Political Director, NBC News
    30 Rockefeller Plz Ste 2
    New York, NY 10112
    212-664-4444

24. National Amusements, Inc.
    Holding company of ViacomCBS
    PO Box 9108
    846 University Avenue
    Norwood, Norfolk County
    MA 02062-9108
    617-461-1600
    Incorporation: MD

**25.** Shari Ellin Redstone
    president of National Amusements, Inc., chairwoman of ViacomCBS
    PO Box 9108
    846 University Avenue
    Norwood, Norfolk County
    MA 02062-9108
    617-461-1600

26. ViacomCBS
    parent company of CBS News and Face The Nation
    One Astor Plaza
    1515 Broadway, 53rd floor
    New York City, New York 10036
    212-258-6000, (212) 975-4321

27. Robert Marc Bakish
    President and CEO of ViacomCBS
    One Astor Plaza
    1515 Broadway
    Times Square, Manhattan
    New York City, New York 10036
    212-258-6000, (212) 975-4321

28. George Cheeks
    chairman and CEO, CBS Entertainment Group
    51 West 52nd Street,
    Manhattan, New York, NY 10019
    (212) 975-4321

29. Columbia Broadcasting System ("CBS")
    51 West 52nd Street
    Manhattan, New York, NY 10019
    (212) 975-4321

30. Susan Zirinski
    President & Sr Executive Producer, CBS News
    51 West 52nd Street
    Manhattan, New York, NY 10019
    (212) 975-4321

31. Norah O'Donnell
    anchor and managing editor, CBS Evening News
    CBS Broadcast Center
    530 West 57th Street
    New York, NY 10019
    (212) 975-4321

32. Mary Hager
    Executive producer, Face the Nation
    CBS Broadcast Center
    530 West 57th Street
    New York, NY 10019
    (212) 975-4321

33. Catherine Reynolds
    producer, Face the Nation
    CBS Broadcast Center
    530 West 57th Street
    New York, NY 10019
    (212) 975-4321

34. Jillian Hughes
    producer, Face the Nation
    CBS Broadcast Center
    530 West 57th Street
    New York, NY 10019
    (212) 975-4321

35. Elizabeth Campbell
    producer, Face the Nation
    CBS Broadcast Center
    530 West 57th Street
    New York, NY 10019
    (212) 975-4321

36. Jake Miller producer
    Face the Nation.
    CBS Broadcast Center
    530 West 57th Street
    New York, NY 10019
    (212) 975-4321

COMPLAINT                                              12

37. The Walt Disney Company, ("Disney")
    owner of Disney Media Networks, parent of ABC
    500 South Buena Vista Street
    Burbank, LA county, CA 91521
    (818) 560-1000
    Incorporation: DE

38. Bob Iger
    Chairman & CEO, Walt Disney,
    500 So. Buena Vista Street
    Burbank, LA county, CA 91521
    (818) 560-1000

39. Alan Horn, co-chairman, Walt Disney Studios
    500 So. Buena Vista Street
    Burbank, LA county, CA 91521
    (818) 560-1000

40. American Broadcasting Company
    500 South Buena Vista Street
    Burbank, LA county, CA 91521
    (818) 560-1000

41. James Goldston
    President, ABC
    500 South Buena Vista Street
    Burbank, LA county, CA 91521
    (818) 560-1000

42. George Stephanopoulos
    chief political correspondent for ABC News
    ABC News, 47 West 66th Street
    New York, NY 10023
    (212) 456-2700

43. David Muir
    Anchor, Managing Ed., ABC WorldNews Tonight
    ABC News, 47 West 66th Street
    New York, NY 10023
    (212) 456-2700

COMPLAINT 13